IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THELMA S. WASHINGTON,

    Plaintiff,

v.                                              CASE NO.  4:15cv114-RH/CAS

ALFRED WASHINGTON et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIMS AGAINST ALL DEFENDANTS OTHER THAN MR. WASHINGTON, VACATING THE DEFAULT, DENYING A PRELIMINARY INJUNCTION, AND REMANDING TO THE MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS

      This case is before the court on the report and recommendation, ECF No. 46, the objections, ECF Nos. 49 and 53, and the response, ECF No. 52.  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

      IT IS ORDERED:

      1.  The report and recommendation is accepted and adopted as the court's opinion.

      2.  The defendant Leon County Board of Commissioners' motion to dismiss, ECF No. 11, is granted.  All claims against this defendant are dismissed.

3.  The motion of the defendants Andrew Gillum and the City of Tallahassee to dismiss, ECF No. 15, is granted.  All claims against these defendants are dismissed.

4.  The defendant Larry Campbell's motion to dismiss, ECF No. 27, is granted.  All claims against this defendant are dismissed.

5.  The motion of the defendants J. Simpson and Brian Pearson to dismiss, ECF No. 29, is granted.  All claims against these defendants are dismissed.

6.  The plaintiff's motion, ECF No. 37, for a temporary restraining order or preliminary injunction is denied.

7.  The plaintiff's motion for a default judgment against the defendant Alfred Washington, ECF No. 40, is denied.

8.  The defendant Alfred Washington's motion, ECF No. 43, to set aside the default is granted.  The default, ECF No. 35, is vacated.

9.  The motion to supplement the record, ECF No. 45, is granted.

10. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

11. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on January 26, 2016.

                                            s/Robert L. Hinkle
                                            United States District Judge