IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THELMA S. WASHINGTON,

    Plaintiff,

v.                                   CASE NO.  4:15cv114-RH/CAS

ALFRED WASHINGTON et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This is a state-law property dispute masquerading as a constitutional claim. The case is before the court on the report and recommendation, ECF No. 66, and the objections, ECF No. 68.  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

    IT IS ORDERED:

    1.  The report and recommendation is accepted and adopted as the court's opinion.

    2.  The plaintiff's motion for leave to file a second amended complaint, ECF No. 60, is denied.

3.  The defendant's motion to dismiss the first amended complaint, ECF No. 50, is granted in part.

4.  The clerk must enter judgment stating, "This case was resolved on motions to dismiss.  The plaintiff Thelma S. Washington's claims purportedly arising under federal law are dismissed with prejudice as against all defendants.  Ms. Washington's claims arising under state law are dismissed without prejudice for lack of an independent basis of original federal jurisdiction and based on the discretionary decision not to exercise supplemental jurisdiction."

5.  The clerk must close the file.

SO ORDERED on June 14, 2016.

> s/Robert L. Hinkle
> United States District Judge